

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Kevin Hagan

**Plaintiff,**

V.

Ryan Barenchi, Doctor CMO; Dr. Santos, Doctor; Dr. Clayton, Doctor; Dr. Mezzles, Doctor

**Defendant.**

Civil Action No. 18cv0243-JLS-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to Fed. R. Civ. P. 41(b) in compliance with the Court's March 29, 2018, and May 10, 2018 Orders.

Date: 6/29/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Lozano

M. Lozano, Deputy